THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Yolanda Thompson, Appellant.
 
 
 

Appeal From Union County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.  2011-UP-306
 Submitted June 1, 2011  Filed June 17,
2011  

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM:  Yolanda Thompson appeals her convictions for armed
 robbery, kidnapping, possession of a knife during the commission of a violence
 crime, and criminal conspiracy, arguing (1) her guilty plea did not comply with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969); (2) the
 State failed to prove she acted with malice in committing her crimes; and (3)
 ineffective assistance of counsel.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, KONDUROS, and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.